IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TERRANCE DALE WORTH                                                                                      PLAINTIFF

VS.                                              CASE NO. 1:13-CV-1045

LT. JAMES GREER and
WHITNEY FOSTER                                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 27, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's orders and failure to comply with the Federal Rules of Civil Procedure and Local Rules.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiffs' Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of February, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge